DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 JUNE 2014

| 045P14 | Philadelphus Presbyterian Foundation, Inc., Chris Emanuel Baxley, Danny Bullard & Sybil Bullard Harris, Fraser & Harris, LLC, Shelli Brewington, Ricky Lynn Britt, Phil Locklear & Deborah Locklear, & Melanie Strickland Hunt v. Robeson County Board of Adjustment, Robeson County Board of Commissioners, Robeson County | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA13-777) | Denied |
| --- | --- | --- | --- |
| 049P13-2 | State v. Cassius Renay Jones | 1. Def's *Pro Se* Motion for Appropriate Relief<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 051P14 | State v. Douglas Dalton Rayfield, II | Def's PDR Under N.C.G.S. § 7A-31 (COA13-531) | Denied |
| 059P14 | State v. Yosheika Charmaine Smith | 1. State's Motion for Temporary Stay (COA13-742)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **02/20/2014** Dissolved **06/11/2014**<br><br>2. Denied<br><br>3. Special Order |
| 060A14 | State v. Rondell Luvell Sanders | 1. State's Motion for Temporary Stay (COA13-750)<br><br>2. State's Motion for *Writ of Supersedeas*<br><br>3. State's NOA Based Upon a Dissent<br><br>4. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **02/26/2014**<br><br>2. Allowed **02/26/2014**<br><br>3. ---<br><br>4. Denied |